David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Andras Mali

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Andras Mali,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, CHASE BANK USA, NATIONAL ASSOCIATION AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendant(s). | Case No.:  **2:15-cv-01650-RCJ-NJK**<br><br>**NOTICE OF SETTLEMENT BETWEEN ANDRAS MALI AND <u>EQUIFAX INFORMATION SERVICES, LLC</u>** |

    **NOTICE IS HERBY GIVEN** that the dispute between Andras Mali

("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC

("Equifax") has

…

…

been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Equifax, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Equifax be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to Equifax.

Dated:  September 19, 2015

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*Andras Mali*

ORDER

IT IS HEREBY ORDERED that in light of settlement between the Plaintiff and Equifax (ECF #6) this matter as to Defendant Equifax only, is stayed for 60 days and/or November 23, 2015.

IT IS FURTHER ORDERED that the parties shall submit a Stipulation for Dismissal on or before November 23, 2015.

IT IS SO ORDERED this 24th day of September, 2015.

_____
ROBERT C. JONES