# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDRAS MALI, | Case No.: 2:15-CV-01650-RCJ-NJK |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO DISMISS PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| BANK OF AMERICA, *et al.*, | |
| Defendants. | |

TO:   ANDRAS MALI

Federal Rule of Civil Procedure 4(m) provides, in part, as follows:

> ". . . If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against the defendant or other that service be made within a specific time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . ."

Be advised the official record in this action reflects the Complaint was filed herein on August 26, 2015.  Further, to date there has been no proof of service filed as to the following parties: **EQUIFAX INFORMATION SERVICES, LLC. And CHASE BANK USA, NATIONAL ASSOCIATION.**

Notice is hereby given that this action shall be dismissed without prejudice as to said party(ies) unless on or before **December 24, 2015** there is filed with the clerk proof of service on the above-named party(ies), which service must have taken place prior to the expiration of the 120-day time limit set forth in Fed. R. Civ. P. 4(m), or good cause is shown why such service was not made in that period.

Failure to comply with this Notice shall result in automatic dismissal of the action without prejudice as to said party(ies).

IT IS SO ORDERED this 21st day of October, 2015.

_____

ROBERT C. JONES
District Judge