| | |
|---|---|
| 1 | Abran E. Vigil |
| | Nevada Bar No. 7548 |
| 2 | Lindsay Demaree |
| | Nevada Bar No. 11949 |
| 3 | BALLARD SPAHR LLP |
| | 100 North City Parkway, Suite 1750 |
| 4 | Las Vegas, Nevada 89106-4617 |
| | Telephone: (702) 471-7000 |
| 5 | Facsimile: (702) 471-7070 |
| | E-Mail: vigila@ballardspahr.com |
| 6 | E-Mail: demareel@ballarspahr.com |
| | *Attorneys for Defendant Chase Bank, U.S.A.,* |
| 7 | *N.A.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDRAS MALI, | Case No. 2:15-cv-1650-RCJ-NJK |
| Plaintiff, | |
| vs. | Consolidated with |
| BANK OF AMERICA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, CHASE BANK USA, NATIONAL ASSOCIATION AND EQUIFAX INFORMATION SERVICES, LLC | Case No. 2:15-cv-1651 |
| Defendants, | **STIPULATION AND ORDER EXTENDING TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINTS** |
| ANDRAS MALI, | |
| Plaintiff, | |
| vs. | |
| AMERICOLLECT INC., BANK OF AMERICA, NATIONAL ASSOCIATION, CHASE BANK USA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Plaintiff and Defendant Chase Bank USA, N.A. ("Chase") stipulate and agree that Chase has up to and including December 3, 2015 to respond to plaintiff's complaints, as the parties discuss possible resolution. This request is made in good faith and not made for purposes of delay.

*[Continued on following page.]*

10944207.1                                         1

Dated: October 22, 2015

| Ballard Spahr LLP | Haines & Krieger, LLP |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*Chase Bank USA, N.A.* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* |

<u>**ORDER**</u>

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: October 23, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2015, and pursuant to F.R.C.P. 5(b) a true copy of the foregoing Stipulation and Order Extending Time for Chase Bank USA, N.A. to Respond to Plaintiff's Complaint was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

      /s/Mary Kay Carlton  
      An Employee of Ballard Spahr LLP

10944207.1

3