**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDRAS MALI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:15-cv-01650-RCJ-NJK |
| vs. ) | |
| ) | |
| BANK OF AMERICA, N.A. et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

Defendant Bank of America, N.A. ("BOA") has filed a motion to dismiss. Plaintiff Andras Mali has filed a notice of settlement asking that all pending dates and filing requirements as to BOA be vacated and requesting sixty days from the date of the notice to file a dismissal as to BOA.

///

///

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that all pending deadlines and filing requirements as to BOA are VACATED.

IT IS FURTHER ORDERED that Plaintiff shall have until December 22, 2015 to respond to the Motion to Dismiss (ECF No. 11), and BOA shall have seven days to reply after the response is filed and served.

IT IS SO ORDERED.

Dated this 5th day of November, 2015.

_____
ROBERT C. JONES
United States District Judge