Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: demareel@ballarspahr.com
*Attorneys for Defendant Chase Bank, U.S.A., N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDRAS MALI,<br>            Plaintiff,<br>vs.<br>BANK OF AMERICA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, CHASE BANK USA, NATIONAL ASSOCIATION AND EQUIFAX INFORMATION SERVICES, LLC<br>            Defendants, | Case No. 2:15-cv-1650-RCJ-NJK<br><br>Consolidated with<br><br>Case No. 2:15-cv-1651 |
| ANDRAS MALI,<br>            Plaintiff,<br>vs.<br>AMERICOLLECT INC., BANK OF AMERICA, NATIONAL ASSOCIATION, CHASE BANK USA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br>            Defendants. | **STIPULATION AND ORDER EXTENDING TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINTS**<br><br>(Second Request) |

Plaintiff and Defendant JPMorgan Chase, named herein as Chase Bank USA, N.A. ("Chase") stipulate and agree that Chase has up to and including January 4, ~~2015~~ 2016 to respond to plaintiff's complaints, as the parties investigate claims and discuss possible resolution. This request is made in good faith and not made for purposes of delay.

[*Continued on following page.*]

10944207.1                              1

Dated:  December 1, 2015

| Ballard Spahr LLP | Haines & Krieger, LLP |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*Chase Bank USA, N.A.* | By:  /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**No further extensions will be granted.**

### ORDER

IT IS SO ORDERED:

_____
 United States Magistrate Judge

DATED: December 2, 2015

10944207.1                                      2

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, and pursuant to F.R.C.P. 5(b) a true copy of the foregoing Stipulation and Order Extending Time for Chase Bank USA, N.A. to Respond to Plaintiff's Complaint was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

    /s/Mary Kay Carlton
An Employee of Ballard Spahr LLP