David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANDRAS MALI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, CHASE BANK USA, NATIONAL ASSOCIATION AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>ANDRAS MALI,<br><br>　　　　　Plaintiff,<br>v.<br><br>AMERICOLLECT INC., BANK OF AMERICA, NATIONAL ASSOCIATION, CHASE BANK USA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01650-RCJ-NJK consolidated with (2:15-cv-01651-MMD-NJK)<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NATIONAL ASSOCIATION ONLY** |

Page **1** of **2**

Plaintiff Andras Mali and Bank of America, National Association hereby stipulate and agree that **case No. 2:15-cv-01650-RCJ-NJK and case No. 2:15-cv-01651-MMD-NJK (consolidated with case No. 2:15-cv-01650-RCJ-NJK)** shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and <u>**ONLY as to, Bank of America, National Association**</u>. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: December 15, 2015

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Matthew Knepper, Esq.<br>Matthew Knepper, Esq.<br>Akerman, LLP<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: This 22nd day of December, 2015.