GARY E. SCHNITZER
Nevada Bar No. 395
KRAVITZ, SCHNITZER
& JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*Green Tree Servicing, LLC n/k/a*
*Ditech Financial, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANDRAS MALI,<br><br>  Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, CHASE BANK USA, NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | Case No. 2:15-cv-01650-~~APG-CWH~~ RCJ-NJK<br>*Consolidated with 2:15-cv-01651-RCJ-NJK*<br><br>**STIPULATION FOR EXTENSION OF DEADLINE TO DISCLOSE EXPERT WITNESSES**<br><br>**(FIRST REQUEST)** |

Defendant Green Tree Servicing, LLC, now known as Ditech Financial, LLC, ("Defendant"), and Plaintiff Andras Mali ("Plaintiff"), collectively referred to herein as the "Parties," hereby stipulate to the following:

1. The Court issued a scheduling order on November 6, 2015 (See Dkt. No. 21), that sets the deadline to disclose expert witnesses as February 20, 2016.

2. In order to provide the Parties with additional time to conduct discovery to determine whether or not expert testimony will be required at trial, the Parties hereby agree that the Parties' deadline to disclose initial expert witnesses shall be extended from February 20, 2016 to March 18, 2016.

3. The Parties further agree to extend the deadline to disclose rebuttal witnesses from March 21, 2016 to April 1, 2016.

1

4. This is the Parties' first request to extend a deadlines relating to discovery.

5. The extension is also being requested so that the Parties can discuss potential settlement of the matter.

6. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

**IT IS SO STIPULATED.**

DATED this 12th day of February, 2016.

| */s/ David H. Krieger* | */s/ Gary E. Schnitzer* |
|---|---|
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| HAINES & KRIEGER LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| 8985 S. Eastern Avenue, Suite 350 | 8985 South Eastern Avenue, Suite 200 |
| Las Vegas, NV 89123 | Las Vegas, Nevada 89123 |
| Email: DavidKrieger@hainesandkrieger.com | Email: gschnitzer@ksjattorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Ditech Finacial, LLC f/k/a Green Tree Servicing, LLC* |

**IT IS SO ORDERED.**

DATED this __16th__ of February, 2016.

**DENIED WITHOUT PREJUDICE.**
No showing of excusable neglect made.  *See* Local Rule 26-4.

_____
United States Magistrate Judge

2